UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. ~~04-WM-2532~~ 04-CV-02532 -WDM -MJW

John Rounds,

Plaintiff,

v.

Dennis Corbin
Paul Hollenbeck
William Zalman,

Defendants.

~~(PROPOSED)~~ ORDER GRANTING COLORADO STATE ELECTRICAL BOARD'S MOTION TO STRIKE PLAINTIFF'S NOTICE AND REQUEST FOR AFFIDAVIT FROM THE PRESIDENT OF THE COLORADO STATE ELECTRICAL BOARD AND MOTION FOR PROTECTIVE ORDER (Docket Nos. 29 and 30)

The Colorado State Electrical Board, ("Board"), by and through the its counsel, moved to strike Plaintiff's Notice and Request for Affidavit From The President Of The Colorado State Electrical Board pursuant to Rule 12(f) of the Federal Rules of Civil Procedure and moved for a protective order pursuant to Rule 26(c), Fed. R. Civ. P.

Upon Consideration of the Pleadings and legal arguments therein, the Court Finds:

The Colorado State Electrical Board's MOTION TO STRIKE PLAINTIFF'S NOTICE AND REQUEST FOR AFFIDAVIT FROM THE PRESIDENT OF THE COLORADO STATE ELECTRICAL BOARD is granted.

The Colorado State Electrical Board's MOTION FOR PROTECTIVE ORDER is granted. ~~Plaintiff is prohibited from engaging in discovery, including but not limited to requesting an affidavit or written deposition, oral deposition or other sworn testimony, from any member of the Colorado State Electrical Board in connection~~ to this case.

SO ORDERED this 23rd day of June, 2005.

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE