IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 04-CV-02532-WDM-MJW**

JOHN ROUNDS,

Plaintiff,

v.

DENNIS CORBIN, et al.,

Defendants.

MINUTE ORDER

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion to Reconsider Judge's Order and Assistance (docket no. 26) is DENIED. The Pro Se plaintiff has failed to demonstrate any basis in law or fact for the relief sought in this motion.

Date: July 11, 2005