IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-2532-WDM-MJW

JOHN ROUNDS,

    Plaintiff,

v.

DENNIS CORBIN, et al.,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This matter is before me on the recommendation of Magistrate Judge Michael J. Watanabe, issued July 26, 2005. Plaintiffs have not filed objections to the recommendation and are not entitled to *de novo* review. 28 U.S.C. § 636(b).

I have reviewed the pertinent documents and conclude the recommendation should be accepted.

Accordingly, it is ordered:

1.     The recommendation issued by Magistrate Judge Watanabe on July 26, 2005 (Docket # 42), is accepted.

2. Plaintiff's motion for temporary injunction, filed June 1, 2005 (Docket # 23), is denied as moot.

DATED at Denver, Colorado, on August 30, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge