IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-cv-02532-WDM-MJW**

JOHN ROUNDS,

Plaintiff,

v.

DENNIS CORBIN, et al.,

Defendants.

## MINUTE ORDER

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Plaintiff's Motion to Compel Discovery, which was filed on August 25, 2005 (Docket No. 47), is **denied as moot** based upon the defendants' response that defendants have responded to plaintiff's request for production of documents, that defendants Hollenbeck and and Zalman have responded to plaintiff's interrogatories and requests for production, that defendant Corbin has not received and thus has not responded to plaintiff's interrogatories and request for production, and that defendants have sent the plaintiff a second copy of their responses.

Date:  September 15, 2005