IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-cv-02532-WDM-MJW**

JOHN ROUNDS,

Plaintiff,

v.

DENNIS CORBIN, et al.,

Defendants.

## MINUTE ORDER

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Plaintiff's Motion to Compel Discovery, which was filed on October 24, 2005 (Docket No. 62), is denied without prejudice for failure to comply with D.C.COLO.LCivR 37.1 ("A motion under Fed. R. Civ. P. 26 or 37 directed to interrogatories or requests under Fed. R. Civ. P. 33 or 34 or to responses thereto shall set forth verbatim the interrogatory, request, and response to which the motion is directed."). Plaintiff here merely set forth select portions of the interrogatories and responses at issue. It is further

ORDERED that the Plaintiff's Motion Requesting Order of the Court, which was filed on November 16, 2005 (Docket No. 68), is denied as moot.

Date: November 22, 2005