IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-cv-02532-WDM-MJW**

JOHN ROUNDS,

Plaintiff,

v.

DENNIS CORBIN, et al.,

Defendants.

---

### MINUTE ORDER

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that the Plaintiff's Request for Leave of Court, which was filed on December 21, 2005 (Docket No. 79), is DENIED.  In a Minute Order dated December 6, 2005 (Docket No. 74), this court granted plaintiff's previous request to extend the discovery deadline and specifically stated therein that "[t]here will be no further extensions to complete discovery."  The court finds that good cause has not been shown to further extend the time to complete discovery.  Furthermore, defendants have already provided plaintiff with a copy of Administrative Regulation 850-04 (See Docket No. 78 - Amended Exhibit B to State Defendants' Motion to Dismiss).  The other two Administrative Regulations sought by the plaintiff are not relevant to the issue of exhaustion and are not reasonably calculated to lead to the discovery of admissible evidence.

Date: January 17, 2006