IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-cv-02532-WDM-MJW**

JOHN ROUNDS,

Plaintiff,

v.

DENNIS CORBIN, et al.,

Defendants.

## MINUTE ORDER

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendant Corbin's Request for Additional Time to Respond to Plaintiff's Motion to Compel (Doc.82), which was filed on January 23, 2006 (Docket No. 97), is granted, and defendant Corbin shall have up to and including January 25, 2006, to file a response to the Plaintiff's Motion to Compel (Docket No. 82). It is further

ORDERED that the Plaintiff's Amended Motion to Compel Defendants (Docket No. 81) and Plaintiff's Amended Motion to Compel Defendant's [sic] Paul Hollenbeck and William Zalman (Docket No. 80), which were filed on December 21, 2005, are denied. Defendants are not required to produce documents that are not in their possession, custody, or control.

Date: January 24, 2006