IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-cv-02532-WDM-MJW**

JOHN ROUNDS,

Plaintiff,

v.

DENNIS CORBIN, et al.,

Defendants.

## MINUTE ORDER

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Plaintiff's Amended Motion to Compel Defendant Dennis Corbin, which was filed on December 21, 2005 (Docket No. 82), is denied based upon defense counsel's representation in the Response (Docket No. 102) that he is sending to the plaintiff another copy of defendant's responses to interrogatories and requests for production of documents. Following such re-service, defense counsel shall file a certificate of mailing indicating when the responses were mailed to the plaintiff.

Date: January 26, 2006