IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-cv-02532-WDM-MJW**

JOHN ROUNDS,

Plaintiff,

v.

DENNIS CORBIN, et al.,

Defendants.

## MINUTE ORDER

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

    Based upon the Certificate of Service filed by defendant Corbin on May 11, 2006 (Docket No. 115), it is hereby ORDERED that the plaintiff's Notice and Request to Compel, which was filed on April 26, 2006 (Docket No. 113), is denied as moot.

Date: May 30, 2006