IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-cv-02532-WDM-MJW**

JOHN ROUNDS,

Plaintiff,

v.

DENNIS CORBIN, et al.,

Defendants.

**MINUTE ORDER**

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion to Proceed In Forma Pauperis for Payment of Witness Fee's and Mileage Expenses's [sic], which was filed on June 22, 2006, is denied. There is no provision for the government to pay or advance witness fees and mileage fees even when someone is proceeding *in forma pauperis*. See Fed. R. Civ. P. 45, 28 U.S.C. § 1915, Hooper v. Tulsa County Sheriff Dep't, 113 F.3d 1246 (table), 1997 WL 295424, *2 (10th Cir. 1997) ("Every circuit considering this issue has held that § 1915(a)'s waiver of prepayment of 'fees or costs'[1] does not authorize the federal courts to waive or order payment of witness fees for a civil litigant proceeding *in forma pauperis*.") (citations omitted). It is further

**ORDERED** that the plaintiff's Motion for the United States Marshal's Office for Service of Subpoena's, which was filed on June 22, 2006 (Docket No. 124), is granted, but only to the extent that the U.S. Marshal Service is directed to serve the plaintiff's subpoenas upon the plaintiff's payment of the witness fees ($40 each per day) and the witness round-trip mileage fees ($.445 per mile) (See Fee Schedule, United States District Court for the District of Colorado).

**ORDERED** that the Clerk shall provide a copy of this Minute Order, along with the plaintiff's subpoenas, to the U.S. Marshal Service in Denver.

Date: June 23, 2006

---

[1] The statute now provides only for exemption from prepayment of "fees or security therefor." 28 U.S.C. § 1915(a)(1).