IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-cv-02532-WDM-MJW**

JOHN ROUNDS,

Plaintiff,

v.

DENNIS CORBIN, et al.,

Defendants.

---

### MINUTE ORDER

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Pro Se Plaintiff's Motion to Compel Defendant Dennis Corbin (docket no. 119) is DENIED as untimely.  Discovery closed in December 2005. Defendant has waited until May 31, 2006, to file this subject motion. Moreover, the final pretrial order has already been entered in this case and trial is set to begin on July 10, 2006.

It is FURTHER ORDERED that Defendants shall have up to and including June 30, 2006, to file any response to the Pro Se Plaintiff's Motion to Amend Final Pretrial Order (docket no. 125).

Date: June 27, 2006

---