IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-02532-WDM-MJW

JOHN ROUNDS,

    Plaintiff,

v.

DENNIS CORBIN, et al.,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This matter is before me on the recommendation of Magistrate Judge Michael J. Watanabe, issued June 7, 2006, that Defendants' motion to dismiss for failure to exhaust administrative remedies, filed December 16, 2005, be granted; or in the alternative, that Defendants' motion to dismiss for failure to state a claim, filed December 16, 2006, be granted in part. Plaintiff John Rounds (Rounds) failed to file a timely objection to this recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b).

Having reviewed the pertinent portions of the record in this case, including the complaint, the motions to dismiss, and the recommendation, I agree with Magistrate Judge Watanabe's recommendation regarding the motion to dismiss for failure to exhaust administrative remedies. Rounds has failed to adequately plead total

exhaustion of administrative remedies, and his case should therefore be dismissed without prejudice in its entirety.  *Ross v. County of Bernalillo*, 365 F.3d 1181 (10th Cir. 2004).

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Watanabe, issued June 7, 2006 (Docket No. 121), is accepted as discussed above.
2. Defendants' motion to dismiss for failure to exhaust administrative remedies, filed December 16, 2005 (Docket No. 75), as amended on December 20, 2005 (Docket No. 78) is granted.
3. This case is dismissed without prejudice.

DATED at Denver, Colorado, on June 30, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge