IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-02532-WDM-MJW

JOHN ROUNDS,

    Plaintiff,

v.

DENNIS CORBIN,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion to amend complaint is granted.  Deadline for filing motions is extended to October 8, 2007.

Dated:  September 6, 2007

    s/ Jane Trexler, Secretary/Deputy Clerk