IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 04-cv-02532-WDM-KMT

JOHN ROUNDS,

    Plaintiff,

v.

DENNIS CORBIN,

    Defendant.

---

# ORDER

---

This matter is before the court on "Plaintiff's Motion Requesting Sanctions" [Doc. No. 184, filed February 29, 2008]. The motion is DENIED.

It is not the responsibility of defense counsel to ensure that the plaintiff is fully informed of court dates or other court requirements. It is the responsibility of the plaintiff to timely prosecute his own case. Minute Orders <u>issued by the court</u> and sent to the plaintiff <u>by the court</u>, set forth the procedures to be followed by plaintiff for telephonic appearances.

Dated this 25th day of April, 2008.

                                              BY THE COURT:

                                              <u>s/ Kathleen M. Tafoya</u>
                                              KATHLEEN M. TAFOYA
                                              United States Magistrate Judge