IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 04-cv-02532-WDM-KMT

JOHN ROUNDS,

    Plaintiff,

v.

DENNIS CORBIN,

    Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion Requesting A [sic] Order to have Colorado Department of Corrections Employee's [sic] Respond to Plaintiff's Request for a Written Statement" (#198, filed June 12, 2008) is DENIED. The plaintiff has requested an order from the court requiring persons other than the defendant to respond to requests for discovery.

"Plaintiff's Request for Additional Time to Submit Discovery" (#202, filed July 23, 2008) is GRANTED. The discovery cutoff is extended to October 15, 2008. The last day to submit discovery requests is September 15, 2008.

Dated: September 3, 2008