IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 04-cv-02532-CMA-KMT

JOHN ROUNDS,

    Plaintiff,

v.

DENNIS CORBIN,

    Defendant.

---

**ORDER AFFIRMING MAGISTRATE JUDGE'S MINUTE ORDER (DOC. # 208)**

---

This matter is before the Court on Plaintiff John Rounds' Objections to Magistrate Judge's Minute Order (Doc. # 211). For the following reasons, the Objections are OVERRULED and the Magistrate Judge's Minute Order (Doc. # 208) is AFFIRMED AND ADOPTED.

On non-dispositive issues, a magistrate judge's ruling can be set aside only if it is "clearly erroneous or contrary to law." Fed.R.Civ.P. 72(a); *see also Ocelot Oil Corp. v. Sparrow Indus.*, 847 F.2d 1458, 1464 (10th Cir. 1988) (analyzing the different standards of review between dispositive and non-dispositive matters under Rule 72); *Murphy v. Gardner*, 413 F. Supp. 2d 1156, 1162 (D. Colo. 2006) ("In considering Objections to non-dispositive rulings by a Magistrate Judge, the Court must adopt the Magistrate Judge's ruling unless it finds that the rulings are 'clearly erroneous or contrary to law.'") (citations omitted). The standard is difficult for Plaintiff to surmount:

only if the Court is left with a "definite and firm conviction that a mistake has been made," can it set aside a magistrate judge's order. *Ocelot*, 847 F.2d at 1464; *Ariza v. U.S. West Comms., Inc.*, 167 F.R.D. 131, 133 (D. Colo. 1996).

In his "Motion Requesting a [sic] Order to Have Colorado Department of Corrections Employee's [sic] Respond to Plaintiff's Request for a Written Statement," Plaintiff sought to obtain written statements from potential witnesses. However, Plaintiff did not use the appropriate methods of discovery (*i.e.,* those methods prescribed by the Federal Rules of Civil Procedure) in requesting "written statements" from witnesses and he did not demonstrate that the Magistrate Judge should have deviated from normal discovery procedure. Accordingly, the Magistrate Judge correctly denied Plaintiff's Motion and this Court will adopt that ruling.

Plaintiff is advised that future discovery requests, whether they are directed towards Defendant or other non-party witnesses, should be made in accordance with the Federal Rules of Civil Procedure, particularly the Rules relating to discovery and subpoenas: 26 through 37 and 45, respectively.

Accordingly, the Magistrate Judge's Order (Doc. # 208) is AFFIRMED AND ADOPTED.

DATED: February   9  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge