IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 04–cv–02532–CMA–KMT

JOHN ROUNDS,

    Plaintiff,

v.

DENNIS CORBIN,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Defendant's "Motion to Excuse Witness from Hearing or Alternatively Motion to Continue Hearing" (# 263, filed June 12, 2009). For good cause shown, the motion is GRANTED in part. Witness William Zalman is excused from attending the hearing set for June 19, 2009 as per this court's Order of May 26, 2009 (#253).

Dated: June 15, 2009