IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 04–cv–02532–CMA–KMT

JOHN ROUNDS,

    Plaintiff,

v.

DENNIS CORBIN,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Before the court is Plaintiff's "Motion for Courts [sic] Intervention and a Temporary Stay of Proceedings or Extension of Time to Submit Objections" (#272, filed July 1, 2009). Insofar as Plaintiff seeks a stay of proceedings, the motion is DENIED. Absent good cause, the court shall not "intervene." Moreover, Plaintiff's concerns have been exhaustively addressed in motions and hearings. Insofar as Plaintiff seeks an extension of the deadline to file objections to the Magistrate Judge's Report and Recommendation, the motion is GRANTED. Plaintiff shall file his objection no later than July 20, 2009. **NO FURTHER EXTENSIONS WILL BE GRANTED FOR THIS DEADLINE.**

Dated: July 8, 2009