**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 04-cv-02532-CMA-KMT

JOHN ROUNDS,

    Plaintiff,

v.

DENNIS CORBIN, and
TOM CLEMENTS, in his official capacity as Executive Director of the
Colorado Department of Corrections,

    Defendants.

---

## ORDER GRANTING JOINT MOTION TO STAY

---

This matter is before the Court on the parties' Joint Motion for Stay of Proceedings (Doc. # 365). The Court having reviewed the motion and good cause being shown, IT IS HEREBY ORDERED that:

1. All further proceedings and trial preparation activities in this action are STAYED until such time as the Tenth Circuit Court of Appeals has made a ruling on and issued its mandate concerning Defendant Clements's appeal of this Court's Order (Doc. # 357) denying the Executive Director of the Colorado DOC immunity from suit in federal court.

2. **Within ten days** of the Tenth Circuit Court of Appeals issuing its mandate, the parties shall file a joint status report in this matter.

      3.      The settlement conference in this case, scheduled before Magistrate Judge Tafoya on July 18, 2011, is hereby VACATED.

DATED: June   09   , 2011

BY THE COURT:

_(signed) Christine M. Arguello_

_____
CHRISTINE M. ARGUELLO
United States District Judge