IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-2532-CMA-KMT

JOHN ROUNDS,

    Plaintiff,

v.

DENNIS CORBIN and
TOM CLEMENTS, in his official capacity,

    Defendants.

___

ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO TAKE PLAINTIFF'S SECOND DEPOSITION
___

THIS MATTER comes before the court upon Defendants Unopposed Motion for Leave to Take Plaintiff's Second Deposition [Doc. No. 390, filed March 4, 2013].

THE COURT being fully advised in the premises, hereby GRANTS Defendants' motion [390] to take the deposition of Plaintiff Rounds, currently scheduled for Tuesday, March 12, 2013 at the Sterling Correctional Facility.

SO ORDERED this 6th day of March, 2013.

BY THE COURT:

_Kathleen D. Tafoya_

_____
Kathleen M. Tafoya
United States Magistrate Judge