**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 04-cv-02532-CMA-KMT

JOHN ROUNDS,

    Plaintiff,

v.

DENNIS CORBIN, in his individual capacity, and

ROGER WERHOLTZ, in his official capacity as Interim Executive Director
of the Colorado Department of Corrections,

    Defendants.

---

**ORDER DENYING DEFENDANT CORBIN'S
SECOND MOTION FOR SUMMARY JUDGMENT**

---

Defendant Dennis Corbin filed a motion for summary judgment in this case on October 15, 2008. (Doc. # 215.) On September 11, 2009, the Court granted the motion in part and dismissed the 42 U.S.C. § 1983 claim Plaintiff John Rounds had brought against Defendant in his official capacity. (*See* Doc. # 293 (adopting and affirming magistrate judge recommendation at Doc. # 241).) However, the Court denied Defendant's motion in all other respects. (*Id.*) Thereafter, and for reasons unrelated to the instant motion, the case was stayed (*see* Doc. # 367), until October 17, 2012, when the stay was lifted (*see* Doc. # 385). Defendant now once again seeks summary judgment – on grounds that "are identical to the October 2008 motion" – but which are

supported by "testimony under oath that was not in existence at the time of the original motion's consideration." (Doc. # 393 at 2.)

After reviewing Defendant's second motion for summary judgment, the evidence referenced therein, and the parties' subsequent filings (Doc. ## 394; 396), the Court determines that genuine disputes of material fact exist. As such, and consistent with the Court's September 11, 2009 Order (Doc. # 293), which is incorporated by reference herein, Defendant is entitled to neither qualified immunity nor summary judgment. Therefore, it is ORDERED that the instant motion (Doc. # 393) is DENIED.

DATED: August __21__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge