**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 04-cv-02532-CMA-KMT

JOHN ROUNDS,

    Plaintiff,

v.

DENNIS CORBIN, and
ROGER WERHOLTZ, in his official capacity as Interim Executive Director
of the Colorado Department of Corrections,

    Defendants.

---

**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM
TO TRANSPORT PLAINTIFF ROUNDS**

---

    Plaintiff John Rounds, CDOC # 55803, is a necessary and material witness in his own four-day jury trial scheduled to take place before the Hon. Christine M. Arguello on October 15, 2013, at 8:00 AM, in Courtroom A602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado 80294.  It is also necessary that Mr. Rounds be present at the Final Trial Preparation Conference, scheduled for October 7, 2013, at 1:00 PM, and Jury Selection for his trial, set to take place on October 7, 2013, at 1:30 PM, both in Courtroom A602, before Judge Christine M. Arguello.  Mr. Rounds is currently confined at the Sterling Correctional Facility in Sterling, Colorado, in the custody of Warden James Falk.  In order to secure Mr. Rounds' attendance at the aforementioned hearings, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue,

ordering Mr. Rounds' custodian to produce him at the United States District Court for the District of Colorado.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden of the Sterling Correctional Facility in Sterling, Colorado, and the Colorado Department of Corrections, to produce Inmate John Rounds, CDOC # 55803, on **October 7, 2013, at 1:00 PM,** for a Final Trial Preparation Conference; **October 7, 2013, at 1:30 PM,** for a half-day jury selection; and on **October 15, 2013, at 8:00 AM**, for a four-day jury trial, in Courtroom A602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado 80294, until the completion of each proceeding or as ordered by the Court, and thereafter to return Mr. Rounds to the Sterling Correctional Facility, Sterling, Colorado.

2. The custodian is further ordered to notify the Court of any change in the custody of Mr. Rounds, and is ordered to provide the new custodian with a copy of this Writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden of the Sterling Correctional Facility, Sterling, Colorado

YOU ARE COMMANDED to produce Inmate John Rounds, CDOC # 55803, on **Monday, October 7, 2013, at 1:00 PM,** for a Final Trial Preparation Conference; on **Monday, October 7, 2013, at 1:30 PM,** for a half-day jury selection, and on **Tuesday, October 15, 2013, at 8:00 AM**, for a four-day jury trial, each to be held in Courtroom A602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado 80294, before the Hon. Christine M. Arguello, or until completion of each proceeding, or as ordered by the Court, and thereafter return Mr. Rounds to the Sterling Correctional Facility in Sterling, Colorado.

FURTHER, you have been ordered to notify the Court of any changes in the custody of Mr. Rounds and to provide the new custodian with a copy of this Writ.

Writ shall be issued to the United States Marshal to execute.

DATED this __4th__ day of September, 2013.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge