## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02532-CMA-KMT

JOHN ROUNDS,

    Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the Parties' Joint Motion To Dismiss Case With Prejudice (Doc. # 418), and finding good cause shown, the Court GRANTS the Motion. It is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, pursuant and subject to the terms of the Parties' Settlement Agreement and Release.

DATED: November __07__, 2013

                          BY THE COURT:

                          _____
                          CHRISTINE M. ARGUELLO
                          United States District Judge